UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sanda Kline, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Indevus Pharmaceuticals, Inc., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-11181 GAO<br>)<br>)<br>)<br>) |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Certified Copies of Middlesex Superior Court docket and pleadings.

The original documents are maintained in the case file in the Clerk's Office.


Dated: June 12, 2004        /s/ Janice W. Howe
                            William A. McCormack  BBO #329580
                            Janice W. Howe BBO #242190
                            David Yamin BBO #562216
                            Bingham McCutchen LLP
                            150 Federal Street
                            Boston, MA  02110
                            (617) 951-8000
                            *Counsel for Defendants Wyeth and*
                            *Wyeth Pharmaceuticals, Inc.*

LITDOCS/555948.1